IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
                            )
       v.                 )     CR. NO.   1:25-CR-00118-ECM-SMD
                            )
ERIC KING,                )
    a/k/a "EK" or "Baby Boy"   )

## **MOTION FOR DETENTION**

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention of the defendant.

1.    <u>Eligibility of Cases</u>

This case is eligible for a detention order because this case involves:

| | |
|---|---|
| _____ | 10 + year crime of violence (18 U.S.C. § 3156) |
| _____ | 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B)) |
| _____ | Maximum sentence of life imprisonment or death |
| __X__ | 10 + year drug offense |
| _____ | Felony, with at least two prior convictions in the above categories |
| _____ | Felony involving a minor victim |
| _____ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
| _____ | Failure to register as a sex offender (18 U.S.C. § 2250) |
| __X__ | Serious risk the defendant will flee |
| __X__ | Serious risk of obstruction of justice |

2.      <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X__      Defendant's appearance as required

__X__      Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>

The government will invoke the rebuttable presumption against defendant under Section 3142(e).

_____      Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

__X__      Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

_____      Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____      Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

_____      Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.      <u>Time for Detention Hearing</u>

The government requests the Court conduct the detention hearing:

_____      At the initial appearance

__X__      After continuance of _3_ days

The government also requests leave of court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 26th day of March, 2025.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*/s/ B. Chelsea Wilson*
B. Chelsea Wilson
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135

3