**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 1:25-cr-00118-ECM** |
| | ) | |
| **ERIC KING** | ) | |

## MOTION FOR DOWNWARD VARIANCE

Defendant, **ERIC KING**, through Undersigned Counsel, Stephen P. Ganter, and,

for the reasons set forth in Mr. King's Sentencing Memorandum, respectfully requests that

the Court grant Mr. King's request for a downward variance.

Dated this 27th day of May, 2026.

Respectfully submitted,

**s/ *Stephen P. Ganter***
**STEPHEN P. GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:25-cr-00118-ECM |
| | ) | |
| ERIC KING | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

Respectfully submitted,

s/ *Stephen P. Ganter*
**STEPHEN P. GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org