Character Statement for Eric King

Submitted by: Daniel Jackson

My name is Daniel Jackson, and I am providing this character statement in support of my cousin, Eric King. Eric and I were raised together in Alabama during our formative years, prior to my enlistment in the United States Army in 2001 at the age of seventeen. I honorably retired from the Army in 2021 as a Chief Warrant Officer and currently serve the State of Michigan as an Information Technology Manager within the Michigan Department of Health and Human Services Project Management Office.

Eric and I are first cousins on our mothers' side of the family. Because we were the youngest boys in our respective households and born only three months apart, we grew up extremely close. Throughout our childhood and adolescence, I had the opportunity to observe Eric's character, behavior, and interactions with others. To me, he has always been more like a brother than a cousin, and he is deeply loved by our family and by many within our community.

As a young man, Eric was well-liked and respected. He was a standout athlete in multiple sports, particularly football and baseball, and was widely recognized in the City of Daleville as a rising star. Beyond his athletic talent, Eric was known for his outgoing personality, his loyalty, and his unwavering support for the people he cared about. These qualities have always defined him.

As we grew older, however, our paths diverged. The primary difference between our lives was the access to opportunities, resources, and guidance that I was fortunate to receive. My father served in the military for 26 years, which allowed me to experience the world beyond our hometown and to see the possibilities available to me. My mother was strict and protective, shielding my siblings and me from many of the challenges faced by youth in underserved communities.

Eric did not have the same advantages. He grew up in environments where resources were limited and negative influences were constant. At a young age, he and his brothers were forced to shoulder responsibilities far beyond their years, including providing for their household. Without meaningful alternatives or support systems, Eric was exposed to circumstances that ultimately shaped the direction his life would take.

DEFENDANT'S EXHIBIT

7

I firmly believe that Eric is more a victim of circumstance than a person with malicious intent. Had he been afforded the same opportunities and stability that I received, I am confident he would have chosen a different and more promising path. While his recent decisions have placed him before the court, I truly believe that with proper support and access to positive resources, Eric has the capacity to lead a productive, law-abiding, and meaningful life.

I love my cousin, and I know the goodness that exists within him. I respectfully ask that he be given the opportunity to demonstrate his potential, to contribute positively to his community, and to continue being present for his family and loved ones.

Respectfully,

Daniel Jackson